FILED
OCT 24 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR4253-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| IZAUI MANUEL LERMA, | |
| Defendant. | |

The United States Attorney charges:

On or about September 25, 2019, within the Southern District of California, defendant, IZAUI MANUEL LERMA, did knowingly and intentionally import 500 grams and more, to wit: approximately 17.90 kilograms (39.46 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10-24-19 .

ROBERT S. BREWER, JR.
United States Attorney

DEREK T. KO
Assistant U.S. Attorney

DTK:mt:10/3/2019