UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR4253-JLS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| ITZAUI MANUEL LERMA, | ) | |
| Defendant. | ) | |

Pursuant to the joint motion [Doc No. 42 ], **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting shall be continued from November 13, 2020, to December 18, 2020 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: November 10, 2020

_____
Honorable Janis L. Sammartino
United States District Judge