UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR4253-JLS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING MOTION HEARING/ TRIAL SETTING AND EXCLUDING TIME** |
| IZAUI MANUEL LERMA, | ) | |
| Defendant. | ) | |

Pursuant to the joint motion [Doc No. 46 ], **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting shall be continued from December 18, 2020, to January 29, 2021 at 1:30 p.m.  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  December 10, 2020

Honorable Janis L. Sammartino
United States District Judge